UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JENNIFER GONZALEZ o/b/o C.C.,

                                   Plaintiff,

          **-v.-**

                                        Civil Action No.
                                   1:07-cv-487 (GLS/VEB)

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

                                   Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

Empire Justice Center              LOUISE MARIE TARATINO, ESQ.
119 Washington Avenue
2nd Floor
Albany, New York 12210

**FOR THE DEFENDANT:**

Social Security Administration     SUZANNE M. HAYNES, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed October 2, 2009.   Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed October 2, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Commissioner's decision denying disability benefits is REMANDED pursuant to sentence four of 42 U.S.C. Section 405(g) for further proceedings, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:      December 2, 2009
            Albany, New York

Gary L. Sharpe
U.S. District Judge